

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Golden Fresh Company, LLC a California Limited Liability Company<br><br>**Plaintiff,**<br>V.<br><br>Victor Ferrer Somoza Vega, an individual dba El Peladito, El Peladito, LLC, a California Limited Liability Company; Siomara Sainz, an individual dba El Peladito, El Peladito, LLC, a California Limited Liability Company<br><br>**Defendant.** | Civil Action No. 24-cv-00456-TWR-AHG<br><br>**CLERK'S DEFAULT JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came before the Court. The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Default Judgment is entered against defendant Siomara Sainz in the total amount of $24,243.13, representing $23,316.31 and $926.82 in prejudgment interest.

Date:   12/12/24

CLERK OF COURT
JOHN MORRILL, Clerk of Court

By:  s/ S. Tweedle

S. Tweedle, Deputy